UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60367-CIV-DIMITROULEAS

ALLIED WORLD SPECIALTY INSURANCE
COMPANY,

    Plaintiff,
v.

CARIBE UTILITIES OF FLORIDA, INC.,
CARIBE FL PROPERTIES, LLC,
MIGUEL CABRANES, and DAISY BECEIRO,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Verified Motion for an Award of Attorney's Fees and Nontaxable Expenses and Costs Against Defendants [DE 93] (the "Motion"), Bill of Costs [DE 94], and Plaintiff's Memorandum of Law in Support of its Bill of Costs [DE 95] and the Report and Recommendation of Magistrate Judge Snow [DE 98] (the "Report"). The Court notes that no objections to the Report [DE 98] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 98] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 98] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 93] and the Bill of Costs [DE 94] should be granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 98] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Attorney's Fees [DE 93], Bill of Costs [DE 94] and Plaintiff's Memorandum of Law in Support of its Bill of Costs [DE 95] are **GRANTED** as follows: Plaintiff is awarded $71,461.50 in attorney's fees and $634.81 in costs.

3. The Clerk is **DIRECTED** to mail copies of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of December, 2020

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

Caribe Utilities of Florida, Inc.,
Caribe FL Properties, LLC,
Miguel Cabranes, Daisy Beceiro e
10261 SW 72nd St, Ste 105
Miami, FL 33173

Caribe Utilities of Florida, Inc.,
Caribe FL Properties, LLC,
Miguel Cabranes, Daisy Beceiro,
7315 SW 78th Avenue, Suite 100,
Miami, FL 33173